```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                   Civil No. 16-2931(DSD/HB)
```

Pete Alan Thompson,

        Plaintiff,

v.                                                          **ORDER**

Minnesota Department of Corrections,

        Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Hildy Bowbeer dated January 6, 2017 (R&R). The magistrate judge recommended that the complaint be dismissed without prejudice for failure to pay an initial partial filing fee. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R. Plaintiff is free to re-file his complaint and application to proceed without prepaying fees or costs, but he will be required to pay the initial partial filing fee.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 6] is adopted in its entirety;

2. The complaint [ECF No. 1] is dismissed without prejudice for failure to prosecute; and

    3.    The applications to proceed in forma pauperis [ECF Nos. 2, 4] are denied without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 23, 2017

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court